**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Garfield A. Edwards                                    CHAPTER 13

                                   Debtor(s)

                                                             BKY. NO. 25-10047 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of AmeriHome Mortgage Company, LLC and index same on the master mailing list.

       Respectfully submitted,

/s/ *Denise Carlon*

Denise Carlon
14 Feb 2025, 11:42:32, EST

       KML Law Group, P.C.
       701 Market Street, Suite 5000
       Philadelphia, PA 19106-1532
       (215) 627-1322

Document ID: 363831c5fab1aa365aa9aa26d7883f2fda3e0a7714a47fc027b1591156085335