# COMCAST

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10352046
Employee Type: Regular-Full time
FLSA Exempt: Yes

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Garfield Edwards | Comcast (CC) of Willow Grove | 10352046 | 10/13/2024 | 10/26/2024 | 11/01/2024 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 6,808.10 | 817.98 | 1,755.92 | 261.55 | **3,972.65** |
| YTD | 1,704.00 | 152,374.50 | 17,046.51 | 39,932.29 | 12,594.94 | **82,800.76** |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| CIP Annual Bonus | | | | | 10,166.85 |
| CIP Quarterly Bonus | 10/13/2024 - 10/26/2024 | | | 1,038.52 | 4,468.57 |
| Dividend Equivalent Unit | | | | | 674.16 |
| Holiday Pay | | | | | 3,991.41 |
| Regular Pay - Salary | 10/13/2024 - 10/26/2024 | 80 | 72.12 | 5,769.58 | 122,166.67 |
| Restricted Stock Distribution | | | | | 10,906.84 |
| Earnings | | | | 6,808.10 | 152,374.50 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 398.27 | 8,946.63 |
| Medicare | 93.15 | 2,092.36 |
| Federal Withholding | 804.90 | 18,585.34 |
| State Tax - PA | 196.59 | 4,423.52 |
| SUI-Employee Paid - PA | 4.76 | 106.73 |
| City Tax - PHILA | 256.25 | 5,733.71 |
| PA LST - WWTLD | 2.00 | 44.00 |
| Employee Taxes | 1,755.92 | 39,932.29 |

### Pre-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401k Pretax | 6.000% | 408.49 | 8,447.54 |
| Dental | | 26.48 | 556.08 |
| Dep Care Reimb Acct | | 20.84 | 437.48 |
| Health Care Reimb Acct | | 20.84 | 437.48 |
| Medical | | 334.91 | 7,033.11 |
| Vision | | 6.42 | 134.82 |
| Pre-tax Deductions | | 817.98 | 17,046.51 |

### Post-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401K Loan (Loan01) | | 96.76 | 1,935.20 |
| Child AD&D Insurance | | 0.13 | 2.73 |
| Child Life Insurance | | 0.68 | 14.28 |
| ESPP | 2.000% | 136.16 | 2,815.85 |
| Life and AD&D Retro | | | 0.68 |
| Net Pay Offset | | | 7,245.38 |
| Spouse AD&D Insurance | | 1.30 | 27.30 |
| Spouse Life Insurance | | 5.25 | 110.25 |
| Supplemental AD&D Ins | | 5.41 | 112.86 |
| Supplemental Life Ins | | 15.86 | 330.41 |
| Post-tax Deductions | | 261.55 | 12,594.94 |

### Taxable Non-Cash Event

| Description | Amount | YTD |
|---|---|---|
| Basic LTD 40% | 4.94 | 103.04 |
| Retro Taxable Benefits (Retro Basic LTD 40%) | | 0.14 |
| Retro Taxable GTL | | 0.80 |
| Taxable GTL | 20.24 | 421.04 |
| Taxable Non-Cash Event | 25.18 | 525.02 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| TD BANK, NATIONAL ASSOCIATION | TD BANK, NATIONAL ASSOCIATION ******5588 | ******5588 | | 3,972.65 | USD |

# COMCAST

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10352046
Employee Type: Regular-Full time
FLSA Exempt: Yes

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Garfield Edwards | Comcast (CC) of Willow Grove | 10352046 | 10/27/2024 | 11/09/2024 | 11/15/2024 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | **Net Pay** |
|---|---|---|---|---|---|---|
| Current | 80.00 | 5,769.58 | 755.66 | 1,390.17 | 240.78 | **3,382.97** |
| YTD | 1,784.00 | 158,144.08 | 17,802.17 | 41,322.46 | 12,835.72 | **86,183.73** |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| CIP Annual Bonus | | | | | 10,166.85 | Social Security | 333.89 | 9,280.52 |
| CIP Quarterly Bonus | | | | | 4,468.57 | Medicare | 78.08 | 2,170.44 |
| Dividend Equivalent Unit | | | | | 674.16 | Federal Withholding | 590.14 | 19,175.48 |
| Holiday Pay | | | | | 3,991.41 | State Tax - PA | 164.71 | 4,588.23 |
| Regular Pay - Salary | 10/27/2024 - 11/09/2024 | 80 | 72.12 | 5,769.58 | 127,936.25 | SUI-Employee Paid - PA | 4.05 | 110.78 |
| Restricted Stock Distribution | | | | | 10,906.84 | City Tax - PHILA | 217.30 | 5,951.01 |
| | | | | | | PA LST - WWTLD | 2.00 | 46.00 |
| Earnings | | | | 5,769.58 | 158,144.08 | Employee Taxes | 1,390.17 | 41,322.46 |

| Pre-tax Deductions | | | | Post-tax Deductions | | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Amount | YTD | Description | Rate | Amount | YTD |
| 401k Pretax | 6.000% | 346.17 | 8,793.71 | 401K Loan (Loan01) | | 96.76 | 2,031.96 |
| Dental | | 26.48 | 582.56 | Child AD&D Insurance | | 0.13 | 2.86 |
| Dep Care Reimb Acct | | 20.84 | 458.32 | Child Life Insurance | | 0.68 | 14.96 |
| Health Care Reimb Acct | | 20.84 | 458.32 | ESPP | 2.000% | 115.39 | 2,931.24 |
| Medical | | 334.91 | 7,368.02 | Life and AD&D Retro | | | 0.68 |
| Vision | | 6.42 | 141.24 | Net Pay Offset | | | 7,245.38 |
| | | | | Spouse AD&D Insurance | | 1.30 | 28.60 |
| | | | | Spouse Life Insurance | | 5.25 | 115.50 |
| | | | | Supplemental AD&D Ins | | 5.41 | 118.27 |
| | | | | Supplemental Life Ins | | 15.86 | 346.27 |
| Pre-tax Deductions | | 755.66 | 17,802.17 | Post-tax Deductions | | 240.78 | 12,835.72 |

| Taxable Non-Cash Event | | |
|---|---|---|
| Description | Amount | YTD |
| Basic LTD 40% | 4.94 | 107.98 |
| Retro Taxable Benefits (Retro Basic LTD 40%) | | 0.14 |
| Retro Taxable GTL | | 0.80 |
| Taxable GTL | 20.24 | 441.28 |
| Taxable Non-Cash Event | 25.18 | 550.20 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| TD BANK, NATIONAL ASSOCIATION | TD BANK, NATIONAL ASSOCIATION ******5588 | ******5588 | | 3,382.97 | USD |

# COMCAST

Comcast (CC) of Willow Grove  
One Comcast Center  
Philadelphia, PA 19103-2838  
Phone: 877-909-4748

Employee ID: 10352046  
Employee Type: Regular-Full time  
FLSA Exempt: Yes

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Garfield Edwards | Comcast (CC) of Willow Grove | 10352046 | 11/10/2024 | 11/23/2024 | 11/29/2024 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 5,769.58 | 346.17 | 1,515.59 | 212.15 | **3,695.67** |
| YTD | 1,864.00 | 163,913.66 | 18,148.34 | 42,838.05 | 13,047.87 | **89,879.40** |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| CIP Annual Bonus | | | | | 10,166.85 | Social Security | 357.71 | 9,638.23 |
| CIP Quarterly Bonus | | | | | 4,468.57 | Medicare | 83.66 | 2,254.10 |
| Dividend Equivalent Unit | | | | | 674.16 | Federal Withholding | 674.69 | 19,850.17 |
| Holiday Pay | | | | | 3,991.41 | State Tax - PA | 177.13 | 4,765.36 |
| Regular Pay - Salary | 11/10/2024 - 11/23/2024 | 80 | 72.12 | 5,769.58 | 133,705.83 | SUI-Employee Paid - PA | 4.04 | 114.82 |
| Restricted Stock Distribution | | | | | 10,906.84 | City Tax - PHILA | 216.36 | 6,167.37 |
| | | | | | | PA LST - WWTLD | 2.00 | 48.00 |
| Earnings | | | | 5,769.58 | 163,913.66 | Employee Taxes | 1,515.59 | 42,838.05 |

| Pre-tax Deductions | | | | Post-tax Deductions | | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Amount | YTD | Description | Rate | Amount | YTD |
| 401k Pretax | 6.000% | 346.17 | 9,139.88 | 401K Loan (Loan01) | | 96.76 | 2,128.72 |
| Dental | | | 582.56 | Child AD&D Insurance | | | 2.86 |
| Dep Care Reimb Acct | | | 458.32 | Child Life Insurance | | | 14.96 |
| Health Care Reimb Acct | | | 458.32 | ESPP | 2.000% | 115.39 | 3,046.63 |
| Medical | | | 7,368.02 | Life and AD&D Retro | | | 0.68 |
| Vision | | | 141.24 | Net Pay Offset | | | 7,245.38 |
| | | | | Spouse AD&D Insurance | | | 28.60 |
| | | | | Spouse Life Insurance | | | 115.50 |
| | | | | Supplemental AD&D Ins | | | 118.27 |
| | | | | Supplemental Life Ins | | | 346.27 |
| Pre-tax Deductions | | 346.17 | 18,148.34 | Post-tax Deductions | | 212.15 | 13,047.87 |

| Taxable Non-Cash Event | | |
|---|---|---|
| Description | Amount | YTD |
| Basic LTD 40% | | 107.98 |
| Retro Taxable Benefits (Retro Basic LTD 40%) | | 0.14 |
| Retro Taxable GTL | | 0.80 |
| Taxable GTL | | 441.28 |
| Taxable Non-Cash Event | 0.00 | 550.20 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| TD BANK, NATIONAL ASSOCIATION | TD BANK, NATIONAL ASSOCIATION ******5588 | ******5588 | | 3,695.67 USD |



**Comcast (CC) of Willow Grove**
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10352046
Employee Type: Regular-Full time
FLSA Exempt: Yes

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Garfield Edwards | Comcast (CC) of Willow Grove | | | 10352046 | 12/08/2024 | 12/21/2024 | 12/27/2024 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | **Net Pay** |
|---|---|---|---|---|---|---|
| Current | 80.00 | 5,769.58 | 755.66 | 1,390.17 | 240.78 | **3,382.97** |
| YTD | 2,016.00 | 175,452.82 | 19,659.66 | 45,618.39 | 13,529.43 | **96,645.34** |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| CIP Annual Bonus | | | | | 10,166.85 | Social Security | 333.89 | 10,306.01 |
| CIP Quarterly Bonus | | | | | 4,468.57 | Medicare | 78.09 | 2,410.28 |
| Dividend Equivalent Unit | | | | | 674.16 | Federal Withholding | 590.14 | 21,030.45 |
| Holiday Pay | | | | | 4,568.37 | State Tax - PA | 164.71 | 5,094.78 |
| Regular Pay - Salary | 12/08/2024 - 12/21/2024 | 80 | 72.12 | 5,769.58 | 144,668.03 | SUI-Employee Paid - PA | 4.04 | 122.90 |
| Restricted Stock Distribution | | | | | 10,906.84 | City Tax - PHILA | 217.30 | 6,601.97 |
| | | | | | | PA LST - WWTLD | 2.00 | 52.00 |
| Earnings | | | | 5,769.58 | 175,452.82 | Employee Taxes | 1,390.17 | 45,618.39 |

| Pre-tax Deductions | | | | Post-tax Deductions | | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Amount | YTD | Description | Rate | Amount | YTD |
| 401k Pretax | 6.000% | 346.17 | 9,832.22 | 401K Loan (Loan01) | | 96.76 | 2,322.24 |
| Dental | | 26.48 | 635.52 | Child AD&D Insurance | | 0.13 | 3.12 |
| Dep Care Reimb Acct | | 20.84 | 500.00 | Child Life Insurance | | 0.68 | 16.32 |
| Health Care Reimb Acct | | 20.84 | 500.00 | ESPP | 2.000% | 115.39 | 3,277.41 |
| Medical | | 334.91 | 8,037.84 | Life and AD&D Retro | | | 0.68 |
| Vision | | 6.42 | 154.08 | Net Pay Offset | | | 7,245.38 |
| | | | | Spouse AD&D Insurance | | 1.30 | 31.20 |
| | | | | Spouse Life Insurance | | 5.25 | 126.00 |
| | | | | Supplemental AD&D Ins | | 5.41 | 129.09 |
| | | | | Supplemental Life Ins | | 15.86 | 377.99 |
| Pre-tax Deductions | | 755.66 | 19,659.66 | Post-tax Deductions | | 240.78 | 13,529.43 |

| Taxable Non-Cash Event | | |
|---|---|---|
| Description | Amount | YTD |
| Basic LTD 40% | 4.94 | 117.86 |
| Retro Taxable Benefits (Retro Basic LTD 40%) | | 0.14 |
| Retro Taxable GTL | | 0.80 |
| Taxable GTL | 20.24 | 481.76 |
| Taxable Non-Cash Event | 25.18 | 600.56 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| TD BANK, NATIONAL ASSOCIATION | TD BANK, NATIONAL ASSOCIATION ******5588 | ******5588 | | 3,382.97  USD |