United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10047-amc |
| Garfield A. Edwards | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 20, 2025 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Garfield A. Edwards, 928 E Ellet Street, Philadelphia, PA 19150-3507 |
| | + | Payroll Controller, Comcast (CC) Willow Grove, One Comcast Center, Philadelphia, PA 19103-2833 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 22, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Garfield A. Edwards dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

```
          IN THE UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


   IN RE:                       :   Chapter 13

   Garfield A. Edwards          :   Case No. 25-10047-amc
   xxx-xx-2420
         Debtor
```

## ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
## FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTOR'S EMPLOYER:

The future earnings of the above named Debtor is subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the Debtor's plan.

IT IS THEREFORE ORDERED that the Employer of the Debtor shall deduct from the wages of the Debtor, beginning with the next pay period after receipt of the Order the sum of

**$687.50 every 2 weeks**.

The Employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

All prior Wages Orders are TERMINATED.

Date: Feb. 20, 2025

_____
HONORABLE ASHELY M. CHAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

Make checks payable to:
Kenneth E. West, Standing Trustee
P.O. Box 1799
Memphis, TN  38101-1799

Payroll Controller
Comcast (CC) Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838

David M. Offen/Attorney for Debtor
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA 19106
215-625-9600
info@offenlaw.com