**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    : CHAPTER 13
Garfield A. Edwards

                                                : BANKRUPTCY NO. 25-10047 AMC

                  AMC Debtor (s)

**P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan 2/10/2026 at 10:00 AM before Honorable Chief Judge, Ashely M. Chan.

                                                                                Respectfully submitted,

Date: December 17, 2025                               /s/Jack K. Miller, Esquire for
                                                                             Kenneth E. West
                                                                             Chapter 13 Standing Trustee
                                                                             190 N. Independence Mall
                                                                             Suite 701
                                                                             Philadelphia PA. 19106