*Form 152* (1/25)–doc 53

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Garfield A. Edwards ) | Case No. 25–10047–amc |
| ) | |
| ) | |
|    Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan on 2/10/26 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: December 18, 2025                                                                    For The Court

                                                                                                  Mohung Wong
                                                                                                  Clerk of Court