United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Garfield A. Edwards  
    Debtor

Case No. 25-10047-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Dec 18, 2025      Form ID: 152      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Garfield A. Edwards, 928 E Ellet Street, Philadelphia, PA 19150-3507 |
| 14979035 | + | AMERIHOME MORTGAGE COMPANY, LLC, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 15023098 | + | SERVICEMAC, LLC as Servicer, PO Box 100077, Duluth, GA 30096-9377 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 19 2025 00:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 19 2025 00:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14967162 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 19 2025 00:55:09 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14967454 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 19 2025 00:55:25 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14966153 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 19 2025 00:51:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 14966156 | + | Email/Text: bankruptcycourtnotices@amerihome.com | Dec 19 2025 00:51:00 | AmeriHome Mortgage, Attn: Bankruptcy, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 14978544 | ^ | MEBN | Dec 19 2025 00:47:52 | AmeriHome Mortgage Company, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14977028 | | Email/PDF: bncnotices@becket-lee.com | Dec 19 2025 00:55:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14966157 | + | Email/PDF: bncnotices@becket-lee.com | Dec 19 2025 00:55:10 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 14977782 | | Email/Text: BKelectronicnotices@cenlar.com | Dec 19 2025 00:51:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 14966160 | + | Email/Text: BKPT@cfna.com | Dec 19 2025 00:51:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15015971 | | Email/Text: megan.harper@phila.gov | Dec 19 2025 00:52:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14966158 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 25-10047-amc   Doc 54   Filed 12/20/25   Entered 12/21/25 00:38:09   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 18, 2025 | Form ID: 152 | Total Noticed: 27 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 19 2025 00:55:08 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14968262 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 19 2025 00:55:10 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14966161 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 19 2025 00:55:17 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14966162 | + | Email/Text: EBN@edfinancial.com | Dec 19 2025 00:51:00 | EdFinancial Services, Attn: Claims, Po Box 36008, Knoxville, TN 37930-6008 |
| 14966165 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 19 2025 00:52:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14980098 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 19 2025 00:51:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14966166 | ^ | MEBN | Dec 19 2025 00:47:52 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14977519 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 19 2025 00:55:10 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14983370 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 19 2025 00:52:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14968605 | | Email/Text: bnc-quantum@quantum3group.com | Dec 19 2025 00:52:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 14981577 | + | Email/Text: EBN@edfinancial.com | Dec 19 2025 00:51:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 14988263 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 19 2025 00:55:26 | Verizon by American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14967163 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14967164 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14971162 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14966154 | *+ | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 14966155 | *+ | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 14966159 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14966163 | *+ | EdFinancial Services, Attn: Claims, Po Box 36008, Knoxville, TN 37930-6008 |
| 14966164 | *+ | EdFinancial Services, Attn: Claims, Po Box 36008, Knoxville, TN 37930-6008 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 18, 2025 | Form ID: 152 | Total Noticed: 27 |

Date: Dec 20, 2025  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2025 at the address(es) listed below:**

**Name**  **Email Address**

DAVID M. OFFEN
    on behalf of Debtor Garfield A. Edwards ecfmail@offenlaw.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
    on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

Form 152 (1/25)−doc 53

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Garfield A. Edwards  )  Case No. 25−10047−amc
  )
  )
   Debtor(s).  )  Chapter: 13
  )
  )

## NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

on 2/10/26 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: December 18, 2025

For The Court

Mohung Wong
Clerk of Court