UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


In Re:    Garfield A. Edwards    )  Chapter 13
                Debtor(s)         )
                                  )  25-10047-amc


CERTIFICATION OF NO OBJECTION


I hereby certify that I have not received neither an objection to the Application for Compensation nor has an Application for Administrative expenses been filed and respectfully request that the Order attached to the Application be approved.


Dated: May 19, 2026            /s/ David M. Offen
                               David M. Offen, Esquire
                               Attorney for Debtor(s)
                               The Curtis Center
                               601 Walnut Street, Suite 160 West
                               Philadelphia, PA 19106
                               215-625-9600
                               info@offenlaw.com