### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA


In Re:    Garfield A. Edwards    )   Chapter 13
        Debtor(s)    )
            )   25-10047-amc


### ORDER APPROVING COUNSEL FEES


AND NOW, upon consideration of the attached Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $5,875.00 is allowed and the balance in the amount of $3,350.00 shall be paid by the Chapter 13 Trustee to the extent there are funds available.


Date:  May 21, 2026

_____
HONORABLE ASHELY M. CHAN    DATED:
CHIEF U.S. BANKRUPTCY JUDGE