United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 25-10047-amc

Garfield A. Edwards                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 21, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol         Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

**Recip ID                     Recipient Name and Address**
db                    +  Garfield A. Edwards, 928 E Ellet Street, Philadelphia, PA 19150-3507

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2026 at the address(es) listed below:**

**Name                          Email Address**

DAVID M. OFFEN
    on behalf of Debtor Garfield A. Edwards ecfmail@offenlaw.com;offendr83598@notify.bestcase.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
    on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:    Garfield A. Edwards    ) Chapter 13
                  Debtor(s)             )
                                        ) 25-10047-amc

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for

Approval of Counsel Fees submitted by David M. Offen, Attorney

for the Debtor, and upon notice and certification of no objection

it is hereby ORDERED that:

Counsel fee in the amount of $5,875.00 is allowed and the

balance in the amount of $3,350.00 shall be paid by the Chapter

13 Trustee to the extent there are funds available.

Date: May 21, 2026

HONORABLE ASHELY M. CHAN          DATED:
CHIEF U.S. BANKRUPTCY JUDGE