**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| **Garfield A. Edwards**<br>**xxx-xx-2420**<br>**Debtor** | : | **Case No. 25-10047-amc** |

**ORDER**

AND NOW, this 20th day of August, 2026, it is hereby ORDERED that the Wage Order in effect in the above captioned matter be TERMINATED.

**HONORABLE ASHELY M. CHAN**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**